## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| The United States of America ) <br> f/u/b/o PROLIFT RIGGING ) <br> COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CRANE TECHNOLOGIES ) <br> GROUP, INC. and ) <br> NGM INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION FILE NO. |

## **COMPLAINT**

COMES NOW the United States of America for the Use and Benefit of ProLift Rigging Company, LLC ("ProLift"), by and through its undersigned counsel, and submits this Complaint, brought under the United States Miller Act, 40 USC § 3131, et seq. (the "Miller Act"), against Crane Technologies Group, Inc. ("CTG") and NGM Insurance Company ("NGM") (collectively "Defendants") and states as follows:

1

## ALLEGATIONS COMMON TO ALL COUNTS

1.

ProLift is a Virginia limited liability company with corporate offices located in the State of Tennessee and subjects itself to the jurisdiction of this Court.

2.

CTG is a Michigan corporation and may be served with process through its registered agent, David Bauss, at 1954 Rochester Industrial Dr., Rochester Hills, Michigan 48309.

3.

NGM is an insurance and surety company organized and existing pursuant to the laws of the State of Florida and may be served with process through its registered agent, Kimberly K. Law, 404601 Touchton Rd East, Suite 3400, Jacksonville, Florida 32246.

4.

This Court has jurisdiction over the parties and subject matter jurisdiction over the claims alleged in this action pursuant to the Miller Act and, as to claims arising under state law, by diversity of citizenship pursuant to 28 U.S. Code § 1332 or under the doctrine of ancillary jurisdiction, or both.

5.

Venue is proper in this Court as the location of the United States government construction project where the unpaid work was performed is physically located in this judicial district and division.

6.

All conditions precedent to the bringing of this action, if any, have been performed, have occurred, or have been waived.

7.

CTG was the general contractor for a United States government construction project known as TRF Kings Bay Crane K-4 Service Life Ext (also sometimes referred to as "Kings Bay Naval base-K4 crane refurb project") located at Kings Bay Naval Submarine Base, St. Marys, Georgia (the "Project").

8.

CTG issued a Purchase Order to ProLift for ProLift to provide labor and materials, described therein, to the Project. A true and accurate copy of the Purchase Order is attached as Exhibit "1" and is incorporated herein by reference.

9.

ProLift provided invoices for all the work it performed under the Purchase Order and at the request of CTG. True and accurate copies of the invoices from

ProLift to Crane are attached hereto as Exhibit "2" and are incorporated herein by reference.

10.

ProLift has substantially performed the work identified in the Purchase Order and as requested by CTG.

COUNT ONE
BREACH OF CONTRACT CLAIM AGAINST
CTG

11.

ProLift incorporates the allegations set forth in Paragraphs 1-10 as if each allegation was restated fully herein.

12.

ProLift is owed the sum of $111,314.35 by CTG for performance by ProLift of work under the Purchase Order, which CTG has, without justification, failed and refused to pay when due.  CTG's failure to pay amounts due under the Purchase Order constitutes a breach of contract for which ProLift is entitled to recover damages in a principal amount of not less than $111,314.35, plus interest.

COUNT TWO
STATUTORY RIGHT TO RECOVER ATTORNEY'S FEES PURSUANT TO
O.C.G.A. § 13-6-11

13.

ProLift incorporates the allegations set forth in Paragraphs 1-10 and 12 as if each allegation was restated fully herein.

14.

CTG has acted in bad faith, has been stubbornly litigious, and has caused ProLift unnecessary trouble and expense in and in relation to CTG's failure to pay sums due ProLift under the Purchase Order, within the meaning of O.C.G.A. § 13-6-11, and ProLift is entitled to recover expenses of this litigation including reasonable attorney's fees.

COUNT THREE
MILLER ACT CLAIM AGAINST
CTG AND NGM

15.

ProLift incorporates the allegations set forth in Paragraphs 1-10 as if each allegation was restated fully herein.

16.

CTG is the principal and NGM is the surety on a payment bond for the Project, issued pursuant to 40 USC § 3131 and having bond number is S-324092 (the

"Bond"). A true and accurate copy of the Bond is attached hereto as Exhibit "3" and is incorporated herein by reference.

17.

ProLift is owed the sum of $111,314.35 by CTG for performance by ProLift of work under the Purchase Order, and ProLift has demanded payment of this amount by CTG as principal under the Bond and by NGM as CTG's surety under the Bond.

18.

CTG and NGM have failed and refused to pay the amount owed to ProLift under the Bond for work performed by ProLift on the Project.

19.

ProLift institutes this action within one year from the date it last performed work on the Project.

20.

ProLift is entitled to recover from CTG and NGM jointly and severally under the terms of the Bond and pursuant to the Miller Act the principal sum of $111,314.35, plus interest.

**WHEREFORE**, ProLift prays as follows:

1. That ProLift have and recover judgment against Defendant CTG in the

principal amount of $111,314.35, plus interest as allowed by law for breach of contract;

2.  That ProLift have and recover ProLift's reasonable attorney's fees incurred in prosecuting this action from Defendant CTG pursuant to O.C.G.A. § 13-6-11;

3.  That ProLift have and recover judgment against Defendants CTG and NGM, jointly and severally, for the principal amount of $111,314.35, plus interest under the Bond;

4.  That the costs of this action be taxed against Defendants; and

5.  That ProLift have such other and further relief as the Court may deem just and proper.

Respectfully submitted this 1st day of February 2023.

/s/ David J. Merbaum
David J. Merbaum
Email: dmerbaum@mbpclaw.com
Georgia Bar No. 006700
Andrew J. Becker
Email: abecker@mbpclaw.com
Georgia Bar No. 142595
**Attorneys for Plaintiff**

**Merbaum & Becker, P.C.**
5755 North Point Parkway, Suite 284
Alpharetta, Georgia 30022
Telephone:  (678) 393-8232
Facsimile:   (678) 393-0410

# EXHIBIT "1"

# PURCHASE ORDER

**CRANE TECHNOLOGIES™**
1954 Rochester Industrial Dr., Rochester Hills, MI 48309
Voice: (248) 652-8700    Fax: (248) 652-7818
www.cranetechnologies.com

Purchase Order No.:
**19-5049-Rigging**
Date Issued:
**10/23/20**

**To:**
ProLift Rigging, LLC
7780 Wards Road
Rustburg, VA 24588
USA

Phone  855-900-9111
Fax

**Ship To:**
Crane Technologies
Kings Bay Naval Base jobsite
Kings Bay, GA
USA

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 11/22/20 | Our Truck | | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 17,612.00 | | Kings Bay Naval base- K4 crane refurb project. provide services, labor, eqmt, supervision necessary to perform Scope of Work. Disassemble, remove crane components as listed in Scope and PLR proposal, to include smaller items not listed by name or description. | 1.00 | 117,612.00 |
| 4,140.00 | | Legal load trucking from site to CTG in Rochester Hills, MI  Amt is estimate, PLR to chg actual once load is booked | 1.00 | 4,140.00 |
| 97,678.00 | | Installation: new crane components as were removed and as listed in Scope and PLR proposal, to include smaller items not listed by name. | 1.00 | 197,678.00 |
| 2,990.00 | | Legal load trucking to site from CTG in Rochester Hills, MI  Amt is estimate, PLR to chg actual once load is booked | 1.00 | 2,990.00 |
| 6,803.00 | | Labor support for motor, cpling, brake alignments on site. (2) riggers for 40 hours each.  Work per CTG Scope of Work, Lift Plan(s), Design Submittal pkg and gov't Wage Determination as provided to PLR as basis for PLR quote dated 20 OCT2020. Subject to Crane Technologies Terms and Conditions, June 2019, copy provided. | 1.00 | 6,803.00 |
| | | | **TOTAL** | Continued |

Please fax back confirmation of price and delivery

Acceptance: _____

Date: _____

\* If order requires a truck, please ship via XPO Logistics Collect
ALL DROP SHIPMENTS MUST REQUIRE A SIGNATURE AS PROOF OF DELIVERY      Rev. 8  8/15/19

# PURCHASE ORDER

# CRANE TECHNOLOGIES™

1954 Rochester Industrial Dr., Rochester Hills, MI 48309
Voice: (248) 652-8700    Fax: (248) 652-7818
www.cranetechnologies.com

Purchase Order No.:
**19-5049-Rigging**
Date Issued:
**10/23/20**

**To:**
ProLift Rigging, LLC
7780 Wards Road
Rustburg, VA  24588
USA

Phone  855-900-9111
Fax

**Ship To:**
Crane Technologies
Kings Bay Naval Base jobsite
Kings Bay, GA
USA

| Good Thru | Ship Via | Account No. | Terms |
|---|---|---|---|
| 11/22/20 | Our Truck |  | Net 30 Days |

| Quantity | Item | Description | Unit Cost | Amount |
|---|---|---|---|---|
|  |  | Payment terms: monthly progress billing to Gov't, Gov't pays within 30 days, CTG pmt to PLR within 3 days or receiving Gov't pmt. PLR progress billing must be recieved in timely manner to be included in CTG pmt application. If partial or progress payments desired, an agreed upon Schedule of Values and AIA format billing to be utilized. |  |  |
|  |  | **TOTAL** |  | **$329,223.00** |

Please fax back confirmation of price and delivery

Acceptance: _____

Date: _____

\* If order requires a truck, please ship via XPO Logistics Collect
ALL DROP SHIPMENTS MUST REQUIRE A SIGNATURE AS PROOF OF DELIVERY        Rev. 8  8/15/19

# EXHIBIT "2"



**Crane Technologies**
ATTN: Shawn Marshall
Phone: 248-410-1880
Email : : smarshall@cranetechnologies.com

**CONTACT**: Nick Brewton 661-444-5008

**Invoice #:** 1000732-01
**Invoice Date:** Friday, March, 11,2022
**Description:** Crane Technologies
**ProLift Job #:** 1000732
**ProLift Site:** St. Mary's, GA 31558

**TERMS:** Upon Receipt

**Contract #:** 21-1576
**Work Performed:** Scope #1:
1.Disassemble and Removal of ccrane components
2. Installation of new crane components- (2) vertical and (3) hoist motors remain

| | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Disassemble and removal of all crane components | $117,612.00 |
| 2 | Installation of new crane components- (2) vertical and (3) hoist motors remain | $93,897.00 |
| 3 | | |
| | | $211,509.00 |

Please remit payment to: ProLift Rigging Co
DEPT #3017
P.O. BOX 1000
Memphis, Tennessee 38148-3017

**THANK YOU FOR YOUR BUSINESS!**



**Crane Technologies**
ATTN: Shawn Marshall
Phone: 248-410-1880
Email : : smarshall@cranetechnologies.com

**Invoice #:** 1000732-02
**Invoice Date:** Thursday, March 31, 2022
**Description:** Crane Technologies
**ProLift Job #:** 1000732
**ProLift Site:** St. Mary's, GA 31558

**CONTACT**: Nick Brewton 661-444-5008

**TERMS:** Upon Receipt

**Contract #:** 21-1576
**Work Performed:** Scope #1:
CO1: EM385 Training, CO2: Covid Testing kits, CO6: Crane Cancellation, CO7: Additional PLR Engineering

|   | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | CO1 EM385 Training | $7,090.00 |
| 2 | CO2 Covid Test Kits | $1,609.00 |
| 3 | CO6: Crrane Cancellation | $8,750.00 |
| 4 | CO7: Additional PLR Engineering | $2,176.00 |
|   |   | $19,625.00 |

Please remit payment to: ProLift Rigging Co
DEPT #3017
P.O. BOX 1000
Memphis, Tennessee 38148-3017

**THANK YOU FOR YOUR BUSINESS!**



| | |
|---|---|
| **Invoice #:** | 1000732-03 |
| **Invoice Date:** | Friday, March 11, 2022 |
| **Description:** | Crane Technologies |
| **ProLift Job #:** | 1000732 |
| **ProLift Site:** | St. Mary's, GA 31558 |

**Crane Technologies**
ATTN: Shawn Marshall
Phone: 248-410-1880
Email : : smarshall@cranetechnologies.com

**CONTACT**: Cecilio Torrie 940.594.1423

**TERMS:** Upon Receipt

**Contract #:** 21-1576
**Work Performed:** CO4: Delay Time

| | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | CO4 Delay Time | $68,137.28 |
| 2 | | |
| 3 | | |
| | | $68,137.28 |

Please remit payment to: ProLift Rigging Co
DEPT #3017
P.O. BOX 1000
Memphis, Tennessee 38148-3017

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT "3"

Bond S-324092

| PAYMENT BOND<br>(See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract)<br>July 1, 2020 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| Crane Technologies Group, Inc.<br>1954 Rochester Industrial Dr.<br>Rochester Hills, MI 48309 | ☐ INDIVIDUAL  ☐ PARTNERSHIP  ☐ JOINT VENTURE<br>☒ CORPORATION  ☐ OTHER (Specify)<br>STATE OF INCORPORATION<br>MI | | |

| SURETY(IES) (Name(s) and business address(es)) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| NGM Insurance Company<br>55 West Street<br>Keene, New Hampshire 03431 | 1 | 386 | 748 | 00 |
| | CONTRACT DATE<br>June 25, 2020 | CONTRACT NUMBER<br>N62470-18-D-2015<br>D.O.: N6247020F5557 | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

Crane Technologies Group, Inc.    PRINCIPAL

| SIGNATURE(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | 1. David Bauss, President | 2. | 3. | |

INDIVIDUAL SURETY(IES)

| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
|---|---|---|
| NAME(S) (Typed) | 1. | 2. |

CORPORATE SURETY(IES)

| | NAME & ADDRESS | NGM Insurance Company<br>55 West Street, Keene, NH 03431 | STATE OF INCORPORATION<br>Florida | LIABILITY LIMIT<br>$ 1,386,748.00 | |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. [signature] | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Karen Pecora-Barbour, Attorney-in-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| | | CORPORATE SURETY(IES) (Continued) | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.